NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEANETTE TRINITY WOOD,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Case No. 2D18-1024
　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　)
_____)

Opinion filed June 12, 2019.

Appeal from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

Howard L. Dimmig, II, Public Defender, and
Julius J. Aulisio, Assistant Public Defender,
Bartow, for Appellant.

Jeanette Trinity Wood, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.